### WOOD–BARKER CO. v. VAN CLIEF.

(Supreme Court, Appellate Term. November 29, 1907.)

PRINCIPAL AND AGENT—CONTRACTS—PROOF OF AGENCY.

Plaintiff, to recover on a contract made on behalf of defendant, must show authority from defendant of the person making it to do so.

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by the Wood-Barker Company against William S. Van Clief. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Holt, Warner & Gaillard, for appellant.
Hyland & Zabriskie, for respondent.

PER CURIAM. The plaintiff failed to show that the person with whom the oral agreement for the purchase involved in this action was made had authority from the defendant to enter into the contract, and the judgment must therefore be reversed.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.